**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**NOTICE REGARDING ELECTRONIC FILING**

Effective September 1, 2006, all criminal cases assigned to Judge Chatigny will be designated as electronically filed cases, and thus be subject to the attached Electronic Filing Order.

If an attorney believes that a case should be exempted from electronic filing, a motion seeking an exemption may be filed in paper form. In cases filed before September 1, 2006, a motion seeking an exemption will be timely if it is filed on or before September 25, 2006. In cases filed on or after September 1, 2006, a motion seeking an exemption will be timely if it is filed within 14 days after the moving attorney enters an appearance.

In order to be able to file documents electronically, an attorney must first register with the Clerk's Office and obtain an electronic filing login and password. Registration forms are available on the Court's website, along with a tutorial on electronic filing ([www.ctd.uscourts.gov.gov/emecf.)](www.ctd.uscourts.gov.gov/emecf.). Training in electronic filing is also available to attorneys through the Clerk's Office.

FOR THE COURT

KEVIN F. ROWE, CLERK